# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **FINTIV INC.** *Movant,* | § § § § § § § § § | |
| v. | | 1:21-CV-00044-ADA |
| **STMICROELECTRONICS, INC.** *Respondent.* | | |

## ORDER FOR BRIEFING

The Court issues this Order *sua sponte*. The parties are each **ORDERED** to separately submit written arguments, citing supporting legal authorities, addressing the issue of the reasonableness of the amount of attorneys' fees STMicroelectronics, Inc. is seeking.

Such briefing is hereby **ORDERED** to be filed with the Court no later than October 5, 2021, with notice provided via email to the Court's relevant law clerk. Each parties' briefing should be limited to eight pages (excluding signature blocks).

STMicroelectronics, Inc. is further **ORDERED** to file under seal, no later than three days after the date of this order, an affidavit, supported by relevant billing statements and/or invoices, setting forth the specific amount of attorneys' fees and costs STMicroelectronics, Inc. incurred in connection with its efforts to defend against Fintiv's motion to compel. The Court orders this update in view of the difference in fees STMicroelectronics, Inc. identified in its May 28, 2021 affidavit and those it identified during the September 15, 2021 hearing.

SIGNED this 16th day of September, 2021.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE