UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **FINTIV, INC.,** | § | |
| | § | |
| Movant, | § | |
| | § | |
| v. | § | CIVIL NO. A-21-CV-00044-ADA |
| | § | |
| **STMICROELECTRONICS INC.,** | § | |
| | § | |
| Respondent. | § | |

**O R D E R**

On October January 14, 2021, this action was transferred to the docket of the undersigned pursuant to Federal Rule of Civil Procedure 45(f). *See* ECF No. 19. On April 20, 2021, the Court denied Plaintiff Fintiv, Inc.'s ("Fintiv") motion to compel and determined that Federal Rules of Civil Procedure 37(a)(5)(B) and 45(d)(1) mandated the award of Defendant STMicroelectronics, Inc.'s ("ST") "reasonable costs and attorney's fees incurred in defending" Fintiv's motion. *Id.* at 4–5. Fintiv later moved for reconsideration of the Court's decision to grant costs and fees, which this Court denied. ECF No. 32. On June 15, 2022, the Court granted-in-part ST's motion for requested attorney's fees. ECF No. 56. As nothing remains to resolve, **IT IS ORDERED** that this action is closed.

**SIGNED** this 25th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE